■ JOSEPH VALVO, Plaintiff, v GETMAN & SCALISE, Defendant and Third-Party Plaintiff-Respondent. JEROME J. LIEBMAN, Third-Party Defendant-Appellant. [749 NYS2d 154] —In an action to recover damages for legal malpractice, the third-party defendant appeals from an order of the Supreme Court, Westchester County (Barone, J.), entered February 8, 2002, which denied his motion for summary judgment dismissing the third-party complaint.

Ordered that the order is affirmed, with costs.

There are issues of fact requiring the denial of summary judgment. Florio, J.P., Smith, Friedmann and H. Miller, JJ., concur.